NOVEMBER TERM, 1805.

*James Cheetham* v. *Zachariah Lewis.*

EVERTSON moved to set aside the declaration, and stay all further proceedings, because, though the writ was returnable in *November*, 1803, the plaintiff had not filed and delivered his declaration till *September* last. He contended, that by the rules of the common law, a plaintiff was obliged to declare within the year, and if he did not do so, he was *ipso facto* out of court. If some limitation of this sort was not in force, a cause might be hung up *ad infinitum*. In support of the application, he cited 2 *D. & E.* 112. and particularly the reasoning of *Buller*, J.

*Van Wyck*, contra, argued that the only mode of putting a plaintiff out of court, was, by a rule to declare, or be *nonprossed*.

*Per Curiam.* There is no such rule of practice in this court as that insisted on by the defendant. It is in his power to *nonpros* the plaintiff if he pleases ; if he does not, the plaintiff may declare at any time. The decision, however, in this case, will not apply to a suit removed by *habeas corpus ;* for there, as the defendant cannot *nonpros*, he is not bound to plead.